IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00811-CBS

STEVEN THOMPSON, FRED KRUMPECK, JACK HARDGRAVE, EDWARD LOPEZ, KYLE HOWELL, ARTHUR SAENZ, GARY HIGGINS, KARL FITTINGER, MICHAEL BUCKINGHAM, ARNOLD ROBB, ROBERT FACKLER, EUGENE QUINTANA, THOMAS BARKER, KEVIN BAKKER, MICHAEL PYTEL, ALBERT ORONA, JR., MARK PHILLIPS, PAUL OLSEN AND RICHARD HALL,

    Plaintiff,

v.

WESTERN ELECTRICITY COORDINATING COUNCIL, a Utah corporation,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs and each of them, voluntarily dismiss this action with prejudice.

Respectfully submitted this 27th day of October 2015.

                                *s/Brian D. Gonzales*

                              Brian D. Gonzales
                              THE LAW OFFICE OF
                              BRIAN D. GONZALES, PLLC
                              123 North College Avenue, Suite 200
                              Fort Collins, CO 80524
                              BGonzales@ColoradoWageLaw.com

                              *ATTORNEYS FOR PLAINTIFFS*